IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA            *
                                    *
          v.                        *        CR 124-061
                                    *
EARL DEMETRIUS OVERTON              *

_____

O R D E R
_____

On November 6, 2024, Defendant Earl Demetrius Overton was
indicted on charges related to a stolen mailbox key, which was
"suited to any lock adopted by the Postal Service," and a scheme
to obtain money from banks by stealing checks from United States
postal mailboxes. (See Indictment, Doc. No. 1.)  As explained by
the investigative authorities in this case, Defendant was in
possession of hundreds of stolen business checks, which had been
taken out of United States Postal Service ("USPS") Collection
Boxes, often referred to as "USPS Blue Boxes."  Defendant would
alter and deposit stolen checks into either his own bank account
or into the accounts of other accomplices.  On May 14, 2025,
Defendant pled guilty to one count of bank fraud, one count of
aggravated identity theft, and the charged firearm offense.

The Crime Victims' Rights Act, 18 U.S.C. § 3771, provides
that a federal court has the following responsibility:  "In any

court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a)." 18 U.S.C. § 3771(b)(1). Among the rights of a crime victim[1] is the right to be reasonably heard at any public proceeding in the district court involving a plea or a sentencing. Id. § 3771(a)(4). Moreover, 18 U.S.C. § 3555 allows the district court to mandate that a defendant who is found guilty of an offense involving fraud or other intentionally deceptive practices to give reasonable notice and explanation of his conviction, in such form as the court may approve, to the victims of the offense. See also U.S.S.G. § 5F1.4 (allowing the court to impose the cost of such notice upon the defendant). Prior to imposition of such notice, the court must notify the defendant and the Government. 18 U.S.C. § 3553(d). This Order shall serve as such notice.

This case involves serious violations of trust and severe inconvenience and financial ramifications to the victims of Defendant's fraudulent scheme involving the United States mail. This case is but one of three cases now pending in the Augusta Division of this district. Yet, there has been scant media coverage or public discourse about the cases. The presiding judge

---

[1] A crime victim is defined as "a person directly and proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. § 3771(e)(2)(A).

has cause to believe there are numerous victims whose names do not appear in any investigative report. These victims may have the right to be heard prior to the imposition of sentence for any one of the defendants involved.

To that end, the Court hereby announces its intention that it shall issue an Order of Notice to Victims, which will provide a Notice to be issued to the public through a specific media which announces the scheme, the affected USPS Blue Boxes, and the name of the Defendant. The Notice shall invite any crime victim of Defendant's fraudulent scheme to appear or to submit a Victim Impact Statement for consideration at sentencing.

Because the Crime Victims' Rights Act provides that the United States Government make its best efforts to "see that crime victims are notified of, and accorded, the rights described in subsection (a)," the Court hereby **ORDERS** the United States Attorney to propose a Notice to Victims and a plan for dissemination of the Notice to Victims. See 18 U.S.C. § 3771(c)(1). Defense counsel has the option to participate in the Government's preparation of the proposed plan or to propose modification to the plan or make any other comments relevant to the intended Order of Notice to Victims. The Government shall submit its proposed plan for notification to victims by close of business on June 2, 2025.

**ORDER ENTERED** at Augusta, Georgia, this ___19th___ day of May, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA